## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>               Plaintiff,<br><br>-vs-<br><br>FMG, LLC and BIJOU RENUED LLC, individually.<br><br>               Defendants. | Cause No. 2:21-cv-0439 TLF<br><br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTIONS CALENDAR:<br>September 1, 2021 |

Plaintiff, Robert Kessler, and all Defendants in this matter by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1).

**IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

        Dated this \_\_\_\_ day of _____, 2021.

                              _____
                                United States Magistrate Judge

DATED this 1st day of September, 2021

Respectfully submitted,

*/s/ M. William Judnich*
M. William Judnich
WSBA # 56087
Enabled Law Group
P.O. Box 4523
Missoula, MT 59806
Telephone: 406-493-1084
Email: MJ@Enabledlawgroup.com

*/s/ Daniel S. Foe*
Daniel S. Foe
Attorney for Defendant FMG
WSBA # 42876
Mullavey, Prout, Greenley & Foe LLP
P.O. Box 70567
Seattle, WA 98127
Email: dfoe@ballardlawyers.com

*/s/ Todd Williams*
Todd Williams
Attorney for Defendant Bijou Renued
WSBA # 45032
1001 Fourth Ave, Suite 3900
Seattle, WA 98154
Email: twilliams@corrcronin.com